IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-cr-70 |
| | ) | |
| JOHN L. WESTON | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court once again on the defendant's motion for a continuance of the trial date [doc. 23]. The defendant says that additional time is needed to complete the negotiations for his anticipated plea. The government has no objection to this motion.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny the defendant and the government the reasonable time necessary to complete the details of the defendant's change of plea. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the defendant's motion for a continuance to the new trial

date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and the trial/change-of-plea hearing in this criminal case is **CONTINUED** to June 22, 2006, at 1:45 p.m.

ENTER:

    *s/ Leon Jordan*
United States District Judge